# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3549

_____

THE WINE AND SPIRITS
DISTRIBUTORS OF FLORIDA, INC.;
FLORIDA INDEPENDENT SPIRITS
ASSOCIATION; THE FLORIDA
BEER WHOLESALERS
ASSOCIATION, INC.; and THE
BEER INDUSTRY OF FLORIDA,

     Appellants,

     v.

ARNOLD'S WINES, INC., d/b/a
KAHN'S FINE WINES AND SPIRITS;
and FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL
REGULATION, DIVISION OF
ALCOHOLIC BEVERAGES AND
TOBACCO,

     Appellees.

_____

On appeal from a Final Order of the Department of Business and Professional Regulation, Division of Alcoholic Beverages and Tobacco.
Thomas R. Philpot, Director.

June 17, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Donna E. Blanton and Brittany Adams Long of the Radey Law Firm, Tallahassee, for Appellants.

J. Geoffrey Pflugner of Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Bradenton; Ross Marshman of the Department of Business & Professional Regulation, Tallahassee, for Appellees.